PD-0951&0952-15

CAUSE N° 01-13-00908-CR / 01-13-00909-CR

STATE OF TEXAS, Appellee          FIRST COURT OF APPEALS
          v                       HOUSTON DIVISION
MICHAEL OSURO KWARTENG,           HARRIS COUNTY
          Appellant               TEXAS.

PETITION FOR DISCRETIONARY REVIEW

IN THE TEXAS COURT OF CRIMINAL APPEALS

Appellant, MICHAEL OSURO KWARTENG,

ASKS FOR A DISCRETIONARY REVIEW IN TRIAL COURT

CASE NOs. 1365142 and 1369903.

Appellant, still challenges a ground for argument

Appellant prays petition is granted. Appellant requests

for an EXTENSION OF TIME to raise reasons

                    NAME   MICHAEL O. KWARTENG

DATE RECEIVED       SIGN   _____

JULY 16th, 2015     SPN    02331560

                    DATE   JULY 17th, 2015

FILED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUL 22 2015

CHRISTOPHER A. PRINE
CLERK

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk

ES-0085-01-07